**CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Vance Green    QN-1710

**Full Name of Plaintiff         Inmate Number**

v.

Aloqisus munley

**Name of Defendant 1**

Ryan Griffiths

**Name of Defendant 2**

Jordan Mazzoni

**Name of Defendant 3**

Unknown John Doe

**Name of Defendant 4**

_____

**Name of Defendant 5**
(Print the names of all defendants.  If the names of all
 defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

:
:  **3:CV-24-0496**
:
:  Civil No. _____
:  (to be filled in by the Clerk's Office)
:
:
:  (__) Demand for Jury Trial
:  (__) No Jury Trial Demand
:
:
:            **FILED**
:         **SCRANTON**
:
:         MAR 22 2024
:  PER_____
:            DEPUTY CLERK
:
:
:
:
:
:
:
:
:
:

---

**I.    NATURE OF COMPLAINT**

Indicate below the federal legal basis for your claim, if known.

✓     Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___    Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
       (1971) (federal defendants)

___    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
       United States

II.  **ADDRESSES AND INFORMATION**

A.  **PLAINTIFF**

Green     Vance

Name (Last, First, MI)

Qn-1710

Inmate Number

State Corr. Inst. Dallas

Place of Confinement

1000 Follies Road

Address

Dallas Pa 18612

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____  Pretrial detainee

____  Civilly committed detainee

____  Immigration detainee

✓  Convicted and sentenced state prisoner

____  Convicted and sentenced federal prisoner

B.  **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.   If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Munled Alodisos

Name (Last, First)

Probation Oxxicer II

Current Job Title

N/A

Current Work Address

Lackawanna county Pa

City, County, State, Zip Code

Defendant 2:

Griffiths Adam
Name (Last, First)

Deputy Director of Probation / Corrections officer
Current Job Title

Lackawanna County Prison
Current Work Address

Scranton Lackawanna County PA
City, County, State, Zip Code


Defendant 3:

Mazzoni Jordan
Name (Last, First)

Assistant District Attorney
Current Job Title

200 N. Washington Street
Current Work Address

Scranton Lackawanna County PA 18503
City, County, State, Zip Code


Defendant 4:

Unknown Doe John
Name (Last, First)

State trooper
Current Job Title

Snyder County Barracks
Current Work Address

Snyder County PA
City, County, State, Zip Code


Defendant 5:


Name (Last, First)


Current Job Title


Current Work Address


City, County, State, Zip Code

## III.   STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.   Describe where and when the events giving rise to your claim(s) arose.

Lackawanna County, Dunmore PA, Plaintiff was Arrested For Violation of Probation stemming From Bench warrant Filed Under docket 11-CR-1989

B.   On what date did the events giving rise to your claim(s) occur?

August 17, 2020

C.   What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

I was Arrested Pursuant to docket 11-CR-1989. In Relation to a Violation Petition Filed by P.O. munley After my term of Probation expired. At the Request of a State trooper out (Unknown) of the Snyder county Barracks, At my Gagnon 1 hearing Deputy Director of Probation Adam Griffiths Pushed Forward this Violation of Probation to a gagnon 11, where ADA Jordan Mazzoni Proceeded After Plaintiff And Counsel Highlighted the issues Presented. Plaintiff was convicted And Sentenced on the Probation Violation. On Jan 6, 2023 the P.A. Superior Court Vacated the Violation of Probation And Sentence.

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what
constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to
assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if
needed.

1) Malicious Prosecution

2) Fourth Amendment (Unreasonable Seizure) Violation

3) Sixth Amendment Violation (False testimony)

4) Fifth Amendment Violation (Loss of Liberty)

5) Eighth Amendment Violation (False imprisonment)

6) 14th Amendment Violation (False Allegations)

These Violations occurred when Probation was Revoked
After the max Expired. False testimony and Tabricated
evidence was used to advance the legal Process.

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described
above.

I was incarcerated from Aug 17, 2020 Until Jan
6, 2023 For this Action.

## VI.   RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages,
you may want the court to order a defendant to do something or stop doing something, or you may be
seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not
request a specific amount of money.

I am Seeking money damages For every day in prison
From Aug 17, 2020 Until Jan 6, 2023.

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

MARCH 20, 2024

Date

US POSTAGE *and* PITNEY BOWES

$ 001.87⁰

ZIP 18612
02 4W
0000386735 MAR 20. 2024

INMATE MAIL

MR. Vance Green
QN-010
S.C.I. Dallas
1000 Follies Road
Dallas Pa 18612

Diria X. Clerk
U.S. District Court
Middle District Of Pennsylvania
235 North Washington Ave
P.O. Box 1148
Scranton Pa 18501

RECEIVED
SCRANTON

MAR 2 2 2024

PER
DEPUTY CLERK

Legal mail